# United States District Court
# Eastern District of California

Earth Island Institute, et. al.

Plaintiff(s)

V.

U.S. Forest Service, et al.

Defendant(s)

Case Number: 2:26-cv-03421-SCR

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brian A. Ertz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs, Earth Island Institute, Tule River Conservancy; and Sequoia Forestkeeper

On 05/05/2016 (date), I was admitted to practice and presently in good standing in the ID Supreme Court, US District Court of ID (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/25/2026 Signature of Applicant: /s/ Brian A. Ertz

**Pro Hac Vice Attorney**

Applicant's Name: Brian A. Ertz

Law Firm Name: Ertz Law, PLLC

Address: P.O. Box 665

City: Boise State: ID Zip: 83702

Phone Number w/Area Code: (208) 918-1663

City and State of Residence: Nampa, Idaho

Primary E-mail Address: brian@ertzlaw.org

Secondary E-mail Address: brian.ertz@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael W. Graf

Law Firm Name: Law Offices

Address: 227 Behrens St.

City: El Cerrito State: CA Zip: 94530

Phone Number w/Area Code: (510) 525-1208 Bar # SBN 136172

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE