IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-03421-KES-HBK<br><br>ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF |

The court has considered the parties' Joint Motion for Administrative Relief. Doc. 26. The court finds good cause and GRANTS the motion. The parties' deadlines for additional filings related to the operative complaint are deferred. The parties shall file a joint status report within **fourteen (14) days** after the court issues a decision on plaintiffs' pending Motion for Temporary Restraining Order and Preliminary Injunction. *See* Doc. 10. The joint status report will contain deadlines for further proceedings in this matter.

IT IS SO ORDERED.

Dated: November 24, 2026

UNITED STATES DISTRICT JUDGE